UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  5:22-cv-01570-SB-PD                               Date: January 13, 2023

Title   *Jose Luis Padilla v. WSVD Medical et al.*

Present: The Honorable:   Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**   Order to Provide Updated Address and Show Cause Why Petition Should Not Be Dismissed

On September 6, 2022, Plaintiff Jose Luis Padilla filed a Complaint pursuant to 42 U.S.C. § 1983. [Dkt. No. 1.] Plaintiff was confined at the West Valley Detention Center at the time of filing. [*Id.*] On December 12, 2022, the Court issued a screening order dismissing Plaintiff's Complaint with leave to amend. [Dkt. No. 5.] On December 22, 2022, the screening order was returned in the mail to the Clerk, with the notation "rts not in custody." [Dkt. No. 6.] The screening order had been mailed to the West Valley Detention Center at the address provided by Plaintiff on the Complaint.

Plaintiff is ordered to provide an updated address to the Court and to show cause why his Complaint should not be dismissed for failure to update the Court with his address by **February 1, 2023**. Failure to provide this information may result in dismissal of this action.

**IT IS SO ORDERED**.

Initials of Preparer   :
iv