1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSE LUIS PADILLA,

          Plaintiff,

   v.

WSVD MEDICAL, et al.,

          Defendants.

Case No. 5:22-cv-01570-SB-PD

**JUDGMENT**

      Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated:  February 15, 2023

_____
HON. STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE